UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES COBURN, | ) | CASE NO. 1:04-CV-682 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A BOYKO |
| vs. | ) ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| ROCKWELL AUTOMATION, INC., et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff James Coburn and Defendants Rockwell Automation, Inc., et al., through counsel, hereby stipulate to the dismissal of this cause of action with prejudice. Defendants to pay filing fees.

Respectfully submitted,

/s/ Peter Hardin-Levine
PETER HARDIN-LEVINE (0014288)
plevine@thllaw.com
CHRISTOPHER P. THORMAN (0056013)
cthorman@thllaw.com
DANIEL P. PETROV (0074151)
dpetrov@thllaw.com

THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, Ohio 44113
Phone (216) 621-9767
Fax (216) 621-3422

*Attorneys for Plaintiff*

/s/ William D. Edwards *(per telephone consent)*
WILLIAM D. EDWARDS (0062861)
wdedwards@ulmer.com
REBECCA B. JACOBS (0068467)
rjacobs@ulmer.com

ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
(216) 583-7000
(216) 583-7001 (fax)

*Attorneys for Defendants*

IT IS SO ORDERED.
s/Christopher A. Boyko
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on February 12, 2008, I electronically filed a copy of the foregoing. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system

                          /s/ Peter Hardin-Levine
                          PETER HARDIN-LEVINE (0014288)
                          plevine@thllaw.com
                          CHRISTOPHER P. THORMAN (0056013)
                          cthorman@thllaw.com
                          DANIEL P. PETROV (0074151)
                          dpetrov@thllaw.com

                          THORMAN & HARDIN-LEVINE CO., L.P.A.
                          The Bradley Building
                          1220 West Sixth Street, Suite 207
                          Cleveland, Ohio 44113
                          Phone (216) 621-9767
                          Fax (216) 621-3422
                          *Attorneys for Plaintiff*